UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANNON WOODS AND
MICHELLE WOODS

VERSUS

BEREAN CHILDREN'S HOME, INC.

CIVIL ACTION

NO. 10-27-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 18, 2010 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, plaintiffs' the Motion to Remand and For Expedited Consideration and their Revised Motion to Remand is DENIED.

Baton Rouge, Louisiana, this 18th day of March, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA